**Opinion issued August 13, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00521-CV

————————————

**XENOS YUEN, TRUSTEE OF THE XENOS YUEN FAMILY IRREVOCABLE TRUST, Appellant**

**V.**

**WALLER COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 506th District Court**
**Waller County, Texas**
**Trial Court Case No. 13-09-22124**

---

## MEMORANDUM OPINION

Appellant has filed an "Agreed Motion for Remand" representing that the parties have reach a settlement agreement regarding their dispute and requesting that this Court remand the case back to the district court so that the settlement may be finalized by the district court. We construe the motion as an agreed motion to

dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.